AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JAN 1 0 2008

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | 08CR0115-JLS |
| PEDRO JIMENEZ-GUADARAMA | CASE NUMBER: 07 — MJ — 2916 |

I, PEDRO JIMENEZ-GUADARAMA, the above named defendant, who is accused of

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 -
Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __1/10/08__ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

*Pedro Jimenez*
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER