1  **HANNI M. FAKHOURY**
   California State Bar No. 252629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4  hanni_fakhoury@fd.org

5  Attorneys for Mr. Jimenez-Guadarama

          UNITED STATES DISTRICT COURT

          SOUTHERN DISTRICT OF CALIFORNIA

          **(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0115-JLS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JOINT MOTION TO CONTINUE |
| v. | ) | HEARING |
| | ) | |
| **PEDRO JIMENEZ-GUADARAMA**, | ) | |
| | ) | |
| Defendant. | ) | |

   Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Hanni M. Fakhoury, and Federal Defenders of San Diego, counsel for Mr. Jimenez-Guadarama, along with Assistant United States Attorney Jeffrey Moore, that the change of plea hearing in the above-mentioned case should be continued from January 29, 2008 at 9:30 a.m. until February 5, 2008 at 9:30 a.m.

   **SO STIPULATED.**

Dated: January 23, 2008        */s/ Hanni M. Fakhoury*
                               HANNI M. FAKHOURY
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Mr. Jimenez-Guadarama

Dated: January 23, 2008        */s/ Jeffrey Moore*
                               JEFFREY MOORE
                               Assistant United States Attorney

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Jeffrey Moore**
Jeffrey.Moore@usdoj.gov

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 23, 2008                         /s/ Hanni M. Fakhoury
                                                 HANNI M. FAKHOURY
                                                 Federal Defenders of San Diego, Inc.
                                                 225 Broadway, Suite 900
                                                 San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
                                                 e-mail: Hanni_Fakhoury@fd.org